IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04 CR 433-14 |
| vs. | ) | |
| | ) | Judge Gary Finerman |
| LUIS COLIN, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE INSTANTER**

NOW COMES the defendant Luis Colin, by his attorney John M. Beal, and moves the Court for leave to file instanter Defendant's Sentencing Memorandum, and in support thereof states as follows:

1. Defendant Colin's sentencing memorandum was due to be filed on December 14, 2020.

2. On December 14, counsel made a presentation to United States Attorney John Lausch asking that the United States Attorney recommend to the Attorney General against the death penalty in the murder case of *United States v. Floyd Brown*, 19 CR 50016. Substantial preparation for that meeting had been necessary.

3. Counsel then proceeded with the preparation of the Sentencing Memorandum in this case, which is being filed simultaneously with this motion.

4. Assistant U.S. Attorney Matthew Hernandez has indicated to counsel that he can meet the December 29 date for filing any response to Defendant's Sentencing Memorandum. Also, defendant Colin asks that the January 7

sentencing date not be changed.

WHEREFORE, defendant Luis Colin moves the Court for leave to file instanter Defendant's Sentencing Memorandum.

Respectfully submitted,

___S/ John M. Beal_____
Attorney for Defendant

John M. Beal
Attorney at Law
53 W Jackson Blvd., Suite 1615
Chicago, IL 60604
(312) 408-2766

## CERTIFICATE OF SERVICE

I, John M. Beal, attorney, certify that I caused a copy of the above **MOTION FOR LEAVE TO FILE INSTANTER** to be served on December 19, 2020, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

Executed on December 19, 2020

__S/ John M. Beal_____
John M. Beal